**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| BOSTON PROPERTY EXCHANGE TRANSFER COMPANY, INC., ) ) ) ) Plaintiff, ) ) v. ) ) MERRILL LYNCH, PIERCE, FENNER & ) SMITH, INC., BINGHAM MCCUTCHEN ) LLP, and JOHN R. SNYDER ) ) Defendants. ) | Case No. 3:11-cv-01834(MRK)  December 12, 2011 |

**RESPONSE TO MOTION TO REMAND**

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") hereby responds to Plaintiff's motion to remand. While Merrill Lynch disagrees with certain factual and legal assertions set forth in Plaintiff's motion to remand, Merrill Lynch does not oppose that motion.

Dated: December 12, 2011	Respectfully submitted,

/s/ Michael J. Coolican, Esq.
Kevin J. O'Connor, Esq. (ct12124)
Michael J. Coolican, Esq. (ct28057)
BRACEWELL & GUILIANI LLP
225 Asylum Street
Suite 2600
Hartford, CT 06103-1516
Phone: (860) 947-9000
Facsimile: (860) 246-3201
Email: kevin.oconnor@bgllp.com
Email: michael.coolican@bgllp.com

Fraser L. Hunter, Jr., Esq.
David Burkoff, Esq.
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Phone: (212) 230-8800
Facsimile: (212) 230-8888
Email: fraser.hunter@wilmerhale.com
Email: david.burkoff@wilmerhale.com

Peter J. Kolovos, Esq.
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000
Email: peter.kolovos@wilmerhale.com

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2011, a copy of the foregoing was filed electronically and served by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Michael J. Coolican, Esq.<br>
Michael J. Coolican